J. RENKIN, Appellant, v. AUGUSTUS FRANK, Appellee.

Contract: AGENCY: EVIDENCE.

*Appeal from Lyon District Court.*—HON. GEORGE W. WAKEFIELD, Judge.

WEDNESDAY, FEBRUARY 1, 1893.

ACTION in equity for the specific performance of an alleged contract for the sale of a tract of land. The defendant denied that he at any time entered into a contract with the plaintiff, as alleged in the petition. There was a full hearing on the merits, and a decree for the defendant. The plaintiff appeals.—*Affirmed.*

*J. M. Parsons,* for appellant.

*E. C. Roach,* for appellee.

ROTHROCK, J.—The plaintiff claims that on the fourteenth day of February, 1890, he entered into a contract with the defendant, through an agent of the defendant, named Elmendorf, by which he purchased of defendant three hundred and twenty acres of land. The whole question at issue between the parties is whether Elmendorf was authorized by the defendant to make a contract of sale of the land. A perusal of the evidence shows to our satisfaction that Elmendorf had no such authority. There is not only a failure on the plaintiff's part to establish such an agency by a preponderance of evidence, but there is a clear preponderance that he was not such agent.

The decree of the district court is AFFIRMED.